UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEIDI L. DAVIS,

         Plaintiff,

  v.

COMENITY BANK, erroneously sued as ULTA BEAUTY ,

         Defendant.

C21-297 TSZ

ORDER

The parties having advised the Court that this matter has been resolved, *see* Notice of Settlement, docket no. 8, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record and to plaintiff pro se Heidi L. Davis at 4924 129th Street NE, Marysville, WA  98271.

IT IS SO ORDERED.

Dated this 25th day of March, 2021.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER - 1